33899. WITCHER v. DUNNELL.

PER CURIAM.

Notwithstanding an order entered pursuant to Rule 14 (a), appellant's enumerations of error were untimely. Moreover, those enumerations not abandoned are without merit.

*Judgment affirmed. All the Justices concur, except Bowles, J., who is disqualified.*

SUBMITTED SEPTEMBER 13, 1978 — DECIDED SEPTEMBER 28, 1978.

*Jack LaSonde,* for appellant.

*Jesse G. Bowles, III,* for appellee.